UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BETHANY LANEY SCHILLING, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | **JUDGMENT** <br> No. 7:11-CV-176-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which defendant timely filed objections and the plaintiff responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 26, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. The final decision of the defendant is vacated and this matter is remanded to the Commissioner for proceedings in accordance with the court's order pursuant to sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on March 26, 2013, and Copies To:**

James B. Gillespie, Jr. (via CM/ECF Notice of Electronic Filing)
Michael A. Haar (via CM/ECF Notice of Electronic Filing)

March 26, 2013                                JULIE A. RICHARDS, CLERK
                                              /s/ Christa N. Baker
                                              (By) Christa N. Baker, Deputy Clerk